TRACEY v. McCURDY. In re SWANICK. (Supreme Court, Appellate Division, First De-

partment. October 17, 1913.) Action by George W. Tracey against Samuel McCurdy. In the matter of James F. Swanick. B. H. Stern, of New York City, for appellant. J. F. Swanick, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

TROY TRUST CO., Respondent, v. McLEOD, Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by the Troy Trust Company against Sayre McLeod. No opinion. Order affirmed, with $10 costs and disbursements.